UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.: 01-CR-50035-9FL

vs.        HON. PAUL V. GADOLA
        MAG. JUDGE WALLACE CAPEL, JR.

SHERROD EUGENE RISON,

        Defendant.

_____/

**ORDER OF DETENTION**
**PENDING REVOCATION PROCEEDINGS**

    The Defendant appeared before the Court on May 19, 2005, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on May 9, 2005.

    The Defendant is charged with violation of the Standard Condition Number 7 by testing positive for the use of marijuana on a number of occasions.

    The Government has moved for the Defendant's detention in this matter citing a number of factors. The Assistant United States Attorney indicates that based upon a report provided by the Probation Officer in this matter, that this is the Defendant's third appearance before the Court on violation proceedings; that he has continued to engage in the use of marijuana; he has failed to maintain drug treatment appointments, and that he has made dishonest statements to the Probation Officer.

    The Court finds that the Defendant has continued to engage in criminal behavior by testing positive for the use of marijuana on at least five different occasions. It further appears from the record that the Defendant made false statements to the Probation Officer concerning his employment. It also appears that he did not appear for drug treatment appointments as required by

the Probation Office. The Defendant has exhibited a pattern of continued criminal behavior, a disregard for the orders of this Court, as well as a propensity for dishonest statements.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: May 20, 2005**               s/ Wallace Capel, Jr.
                                       **WALLACE CAPEL, JR.**
                                       **United States Magistrate Judge**


**CERTIFICATE OF SERVICE**

I hereby certify that on  May 20, 2005,  I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  James C. Mitchell, AUSA , Kenneth R. Sasse, Esq., Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                       s/ James P. Peltier
                                       James P. Peltier
                                       Courtroom Deputy Clerk
                                       U.S. District Court
                                       600 Church St.
                                       Flint, MI 48502
                                       810-341-7850